Seizure Warrant Return (Rev. 03/13)

☒ FILED  ☐ LODGED

**Aug 8 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# Return

Case No.: 22-08558MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| July 19, 2022 | July 19, 2022, 12:00 p.m. | Binance US |

**INVENTORY MADE IN THE PRESENCE OF**

FBI forensic accountant Russell Tarabour

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

63,850.00 USDT (TetherUS) seized from Binance user ID 36412394 account in the name of Shyam Batra.

2.83040268 BTC (Bitcoin) and 77.72361915 ETC (Ethereum Classic) seized from Binance user ID 63916663 account in the name of Rohit Sharma.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 8, 2022

*[signature]*

Executing Officer's Signature

Daniel H. Grossenbach, U.S. Postal Inspector

Printed Name and Title